Joseph Glass, appellee, v. Stanley Maresh, appellant. Gen. No. 40,363.

Opinion filed February 27, 1939. Rehearing denied March 13, 1939.

Benjamin H. Vanderveld, for appellant. George B. Cohen and Abraham H. Cohen, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Richard C. Mazer, individually and executor of estate of Kathie Mazer, also known as Katherine Mazer, appellee, v. Charles J. Schaefer and William A. Schaefer, appellants. Gen. No. 40,382.

Opinion filed February 27, 1939.

James F. Burns, for appellants; Francis J. Garvey, of counsel. Jacob Stagman, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Frank C. Paderewski, plaintiff in error. Gen. No. 40,391.

Opinion filed February 27, 1939. Rehearing denied March 13, 1939.

Ray E. Lane and George G. Rinier, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Blair L. Varnes and Melvin S. Rembe, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.